**Electronically Filed
Supreme Court
SCPW-24-0000773
12-AUG-2025
08:03 AM
Dkt. 39 ODDP**

SCPW-24-0000773

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HAI RUN LLC; MICHELLE ZHANG, individually and
as a member of Hai Run, LLC; and RICHARD WU,
Petitioners,

vs.

THE HONORABLE DEAN E. OCHIAI,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

AIWU LIU, individually and as a member of Hai Run LLC,
Respondent.

---

ORIGINAL PROCEEDING
(1CCV-21-0001447)

<u>ORDER DENYING PETITION FOR WRIT OF MANDAMUS</u>
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus

filed November 13, 2024, and the record, petitioners have not

demonstrated a clear and indisputable right to relief, and/or a

lack of alternative means to obtain the relief sought.  <u>See</u>

Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED:  Honolulu, Hawaiʻi, August 12, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens